# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Creighton A. Stephens | Atty Name (if applicable): | Creighton A. Stephens |
| Street Address: | 179 Cindy Avenue<br>Newbury Park, CA 91320 | CA Bar No. (if applicable): | 106377 |
| Filer's Telephone No.: | 805-504-2816 | Atty Fax No. (if applicable): | 805-830-1112 |

| In re: | Case No. 1:10-bk-16174-MT |
|---|---|
| Florence Jacquelyn Tomasi<br>William Stephen Tomasi | Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

X A    X B    X C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Florence Jacquelyn Tomasi and William Stephen Tomasi**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: October 12, 2010

/s/ Florence Jacquelyn Tomasi
Florence Jacquelyn Tomasi
*Debtor Signature*

/s/ William Stephen Tomasi
William Stephen Tomasi
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Florence Jacquelyn Tomasi,**    Case No. __1:10-bk-16174-MT__
          **William Stephen Tomasi**
                                                                                          ,
                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor Amends this schedule to accurately reflect the value of only the debtors partial interest in the Real Property a single family Residence locatd at 1136 Del Verde Court, Thousand Oaks, California 91320, 4 bedrooms, 3 1/2 bathrooms, 2,742 square feet of living space on 6,583 square foot lot, fee title held with Joint Debtor William Tomasi's brother, Philip Tomasi, who has continuously held a interest in the property as joint tenant since providing the $200,000 down paument for the aquisition 05/13/98 purchace price of $432,000.00. Debtors estimate the value of the property at $760,500.00 based upon a zillow.com search done on 051810, Debtors initial calculations were in error, only debtors are obligated on the notes, debtors and the estate have negative equity in the property.** | **Joint tenancy with joint debtors Brother Phillip Tomasi (2/3 interest)** | **C** | **501,600.00** | **551,943.39** |
| **Real Property: Investment property, 3145 Old Conejo Road, Thousand Oaks, California 91320, 1,959 square feet office building, commercial office condominium, 100.0% fee title interest in both Debtors' names, acquired in 08/08 for $695,000.00. Debtors revise their estimate the value of the property to $600,000.00 based upon the fact that new unbuilt-out units are currently offered for sale at $450,000.00, subject to anticipated costs of sale at 08.0% or $52,000.00, a first position deed of trust in favor of Wells Fargo with a balance of $341,569.95 requiring monthly payments of $2,370.04, $0.00 in arrears, a second position deed of trust in favor of Bank Of New York with a balance of $277,523.37, requiring monthly payments of $2,090.99, $0.00 in arrears, therefore net equity for the estate of NEGATIVE $71,093.32. before costs of sale.** | **fee** | **C** | **600,000.00** | **619,019.32** |

                                                                Sub-Total >    **1,101,600.00**    (Total of this page)

                                                                Total >        **1,101,600.00**

__0__ continuation sheets attached to the Schedule of Real Property
                                                                (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Florence Jacquelyn Tomasi,**
**William Stephen Tomasi** ,
Debtors

Case No. **1:10-bk-16174-MT**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand: At residence, on persons.** | **C** | **20.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Jackie Tomasi Bailbonds US Bank, "Business Checking," account 153460994608** | **C** | **12.52** |
| | | | **Jackie Tomasi Bailbonds US Bank, "Business Savings," account 153464731329** | **C** | **32.75** |
| | | | **William Stephen Tomasi, Esq. Attorney at Law Wells Fargo Bank, "Business Checking," account no. 538-400-8792** | **C** | **0.00** |
| | | | **Wells Fargo Bank, "Attorney Client Trust," account no. 319-085-0333** | **C** | **5.71** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings: At residence (subject to exemption).** | **C** | **4,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures, art and collections: At residence, six aviation lithographs worth an estimated $200.00 each (subject to exemption).** | **C** | **1,200.00** |
| 6. | Wearing apparel. | | **Wearing apparel: At residence, on persons (subject to exemption).** | **C** | **1,000.00** |
| 7. | Furs and jewelry. | | **Jewelry: At residence, on persons (subject to exemption).** | **C** | **3,000.00** |

Sub-Total >   **9,270.98**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Florence Jacquelyn Tomasi,** Case No. **1:10-bk-16174-MT**
**William Stephen Tomasi**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Firearms, and sports, photographic, and other hobby equipment: At residence, treadmill ($200.00), gym machine ($750.00), digital camera ($75.00), video camera ($200.00), pool table ($250.00), trainset ($200.00) Colt 1911 45 ACP ($400); Colt Python 357 ($400); Ruger MK 4 ($200) Thompson Center 22 ($200) ; Dan Wesson  6" 357 $100; Ruger #1 45 $400  Amuntion $50 (subject to exemption). Freedom Arms 45 $300; Springfield M1 $800** | **C** | **4,525.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Interests in insurance policies: Life insurance with Farmers Insurance Co., $150,000.00 death benefit, insuring life of Debtor William Tomaso, the beneficiary of which is California Statewide CDC, paid by Debtor, "term" only, no value to the estate.Interests in insurance policies: Health insurance with Anthem Blue Cross, paid by Debtors, "term" only, no value to the estate. $ 0.00 Interests in insurance policies: Automobile insurance with Mercury Insurance, "term" only, no value to the estate $ 0.00 Interests in insurance policies: Property insurance for residence with Mercury Insurance, "term" only, no value to the estate.** | **C** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Jackie Tomasi Bailbonds, a sole proprietorship. Bailbonding. Formed in 2002. No employees. Debtor Jackie Tomasi operates the business from her residence;** | **C** | **Unknown** |
| | | **William Stephen Tomasi, Esq. Attorney at Law s, a sole proprietorship. Bailbonding. Formed in 2002. No employees.** | **C** | **0.00** |

Sub-Total >    **4,525.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Florence Jacquelyn Tomasi,**  
**William Stephen Tomasi**,  
Debtors

Case No. **1:10-bk-16174-MT**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable: receivable from approximately ten clients/former clients, an estimated $10,000.00, but of questionable collectibility given that most of Debtor's clients are or were criminal defendants;** | **C** | **Unknown** |
| | | **Animals: At residence, one dog. C $** | **C** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Jackie Tomasi Bailbonds Buff Account Pleged as Security to American Contractors Insurance Co. for outstanding Bail Bonds Mellon 1st Business Bank, "Business Money Market," account 0001-299328, balance on date of filing $9,800.00; debtor has no access to this account and only a contingent remainder interest once all bonds have been satisfied and debtor terminates her relattionship as an agent for American Contractors Insurance Co. (Incorrectly origionaly scheduled as an asset of debtors business)** | **C** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >     **0.00**  
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached  
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Florence Jacquelyn Tomasi,**                                             Case No. __**1:10-bk-16174-MT**__
      **William Stephen Tomasi**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Bail Bond license with American Contractors Insurance Co. (not transferable)**<br>**Goodwill of Jacki Tomasi Bail Bonds and business phone number** | W | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **e. Office equipment: computer, printers, televisions, refrigerator, dishwasher, desks, chairs, conference table, file cabinets, worth an estimated $5,000.00;**<br><br>**3145 Old Conejo** | C | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Tools & Workbench ; Toolbox** | C | 1,000.00 |

                                                                                                     Sub-Total >    **6,000.00**
                                                                                                     (Total of this page)
                                                                                                             Total >    **19,795.98**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                                                  (Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Florence Jacquelyn Tomasi,**  Case No. **1:10-bk-16174-MT**
**William Stephen Tomasi**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand: At residence, on persons. | C.C.P. § 703.140(b)(5) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Jackie Tomasi Bailbonds US Bank, "Business Checking," account 153460994608 | C.C.P. § 703.140(b)(5) | 12.52 | 12.52 |
| Jackie Tomasi Bailbonds US Bank, "Business Savings," account 153464731329 | C.C.P. § 703.140(b)(5) | 32.75 | 32.75 |
| Wells Fargo Bank, "Attorney Client Trust," account no. 319-085-0333 | C.C.P. § 703.140(b)(5) | 5.71 | 5.71 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings: At residence (subject to exemption). | C.C.P. § 703.140(b)(3) | 4,000.00 | 4,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures, art and collections: At residence, six aviation lithographs worth an estimated $200.00 each (subject to exemption). | C.C.P. § 703.140(b)(5) | 1,200.00 | 1,200.00 |
| **Wearing Apparel** | | | |
| Wearing apparel: At residence, on persons (subject to exemption). | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry: At residence, on persons (subject to exemption). | C.C.P. § 703.140(b)(4)<br>C.C.P. § 703.140(b)(5) | 1,425.00<br>1,575.00 | 3,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Firearms, and sports, photographic, and other hobby equipment: At residence, treadmill ($200.00), gym machine ($750.00), digital camera ($75.00), video camera ($200.00), pool table ($250.00), trainset ($200.00) Colt 1911 45 ACP ($400); Colt Python 357 ($400); Ruger MK 4 ($200) Thompson Center 22 ($200) ; Dan Wesson 6" 357 $100; Ruger #1 45 $400 Amuntion $50 (subject to exemption). Freedom Arms 45 $300; Springfield M1 $800 | C.C.P. § 703.140(b)(5) | 4,525.00 | 4,525.00 |
| **Accounts Receivable** | | | |
| Accounts receivable: receivable from approximately ten clients/former clients, an estimated $10,000.00, but of questionable collectibility given that most of Debtor's clients are or were criminal defendants; | C.C.P. § 703.140(b)(5) | 0.00 | Unknown |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Florence Jacquelyn Tomasi,** Case No. **1:10-bk-16174-MT**
**William Stephen Tomasi**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Jackie Tomasi Bailbonds Buff Account Pleged as Security to American Contractors Insurance Co. for outstanding Bail Bonds Mellon 1st Business Bank, "Business Money Market," account 0001-299328, balance on date of filing $9,800.00; debtor has no access to this account and only a contingent remainder interest once all bonds have been satisfied and debtor terminates her relattionship as an agent for American Contractors Insurance Co.  (Incorrectly origionaly scheduled as an asset of debtors business) | C.C.P. § 703.140(b)(5) | 9,800.00 | Unknown |
| **Office Equipment, Furnishings and Supplies** | | | |
| e. Office equipment: computer, printers, televisions, refrigerator, dishwasher, desks, chairs, conference table, file cabinets, worth an estimated $5,000.00; | C.C.P. § 703.140(b)(6) C.C.P. § 703.140(b)(5) | 2,200.00 2,800.00 | 5,000.00 |
| **3145 Old Conejo** | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Tools & Workbench ; Toolbox | C.C.P. § 703.140(b)(3) C.C.P. § 703.140(b)(5) | 1,000.00 0.00 | 1,000.00 |

|  | Total: | **29,595.98** | **19,795.98** |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt