HERZLICH & BLUM, LLP
Attorneys-At-Law
ENCINO GATEWAY BUILDING
15760 VENTURA BOULEVARD, SUITE 2024
ENCINO, CALIFORNIA 91436-3095
Telephone (818) 783-8991
Facsimile  (818) 783-6682
Allan Herzlich   State Bar #100920
Jerome J. Blum   State Bar #100317
**Attorneys for Creditor,**
**The Savannah N. DeNoce Trust**

FILED & ENTERED

NOV 28 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | ADV. NO.  10-AP-1446-MT |
| FLORENCE JACQUELYN TOMASI; WILLIAM STEPHEN TOMASI | BK CASE NO. 1:10-bk-16174-MT |
| | Ch. 7 |
| Debtors. | |
| THE SAVANNAH N. DENOCE TRUST | **ORDER AFTER HEARING ON MOTION FOR RELIEF FROM STAY** |
| | DATE:  March 29, 2011 |
| Plaintiff, | TIME:   11:00 a.m. |
| vs. | Crtrm.   302 |
| WILLIAM STEPHEN TOMASI, aka WILLIAM S. TOMASI; WILLIAM S. TOMASI ESQ; LAW OFFICES OF WILLIAM S. TOMASI; FLORENCE JACQUELYN TOMASI aka JACQUI GRASSO TOMASI; and DOES 1 - 1000, | JUDGE: Hon. Maureen A. Tighe |
| Defendants. | |

//

//

//

//

On February 25, 2011, Creditor, The Savannah N. DeNoce Trust, filed and served a Motion for Relief from Stay to proceed with a state court action for fraudulent conveyance, as Docket No. 59. On March 2, 2011, the Debtor filed an Opposition thereto, as Docket No. 63.  The matter was heard on March 29, 2011.

At said time and place, the Court ruled and Ordered as follows:

1. The Motion for Relief to proceed against the Debtor(s) was denied.

2. The Motion for Relief to proceed against the Non-Debtor Defendants was granted.

GOOD CAUSE appearing therefor, it is hereby so Ordered, Adjudged and Decreed.

**IT IS SO ORDERED**

###

DATED: November 28, 2012

_____
United States Bankruptcy Judge

ORDER

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER AFTER HEARING ON MOTION FOR RELIEF FROM STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of 11/8/12, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

David R Hagen (TR)    drh@forbankruptcy.com, dhagen@ecf.epiqsystems.com
Creighton A Stephens    casesq@verizon.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Hon. Maureen A. Tighe
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

Kevin Hunter Park
Gray Dufffy LLP
15760 Ventura Blvd., 16th Floor
Encino, CA 91436

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

ORDER